```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                          :
:
                Plaintiff,                                  :
:    19-cv-9551 (LJL)
      -v-                                                         :
:    ORDER ADOPTING
ATLANTIC DEVELOPMENT GROUP, LLC and                                :    REPORT AND
PETER FINE,                                                        :    RECOMMENDATION
                Defendants.                                 :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      This is a Fair Housing Act case. On November 12, 2019, Defendants moved to dismiss the complaint. (Dkt. Nos. 22, 24.) The motion was referred to the Hon. Robert W. Lehrburger, United States Magistrate Judge, for a Report and Recommendation ("R&R"). (Dkt. No. 21.) Judge Lehrburger held oral argument on May 7, 2020 and delivered an R&R on May 12, 2020. (Dkt. No. 54 at 7; *see generally id.*) Defendants filed objections to the R&R (Dkt. No. 58) and the Government submitted a response to those objections (Dkt. No. 60).

      Judge Lehrburger's R&R comprehensively and persuasively explains why the motion to dismiss must be denied in its entirety. For the reasons stated by Judge Lehrburger, the R&R is ADOPTED entirely.

      The Clerk of Court is respectfully directed to terminate Dkt. Nos. 22 and 24. The Clerk of Court is also respectfully directed to terminate Dkt. No. 13.[1]

      IT IS FURTHER ORDERED that the parties shall submit a status letter to the Court following the settlement conference scheduled for July 2, 2020. The status letter shall not exceed three pages and shall be submitted by July 9, 2020 at 5:00 p.m.

      SO ORDERED.

Dated: June 22, 2020
       New York, New York                            _____
                                                      LEWIS J. LIMAN
                                                 United States District Judge

---

[1] Dkt. No. 13 is a letter-motion from October 25, 2019 for a two-day extension of time for the Government respond to Defendants' pre-motion conference request. That letter-motion is now moot.